UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                     Chapter 11

                                Case No. 19-51014 (BLS)

Debtor: Woodbridge Group of Companies, LLC, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David Ludwig to represent Lane Ginsberg in this action.

/s/ Tracy Pearson

Firm Name: DUNLAP BENNETT & LUDWIG PLLC
Address: 1509 Gilpin Ave, Ste. 2, Wilmington, DE 19806
Phone: 302-468-7340
Email: tpearson@dbllawyers.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ David Ludwig

Firm Name: DUNLAP BENNETT & LUDWIG PLLC
Address: 211 Church St. SE, Leesburg, VA 20175
Phone: 703-777-7319
Email: dludwig@dbllawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105