# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, et al., <br><br> Remaining Debtors. <br><br> MICHAEL GOLBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, <br><br> *Plaintiff*, <br><br> v. <br><br> LANE GINSBERG <br><br> *Defendant*. | Chapter 11 <br><br> Case No. 17-12560 (BLS) <br><br> (Jointly Administered) <br><br> Adversary Proceeding <br> Case No. 19-51014 (BLS) |

## MOTION TO DISMISS COUNTS 8, 9, AND 10 OF THE COMPLAINT
## **<u>WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), as made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, and for the reasons set forth in the accompanying memorandum of law in support of this motion, Lane Ginsberg hereby moves this Court to dismiss Counts 8 (Sale of Unregistered Securities), 9 (Fraud), and 10 (Aiding and Abetting Fraud) of the Complaint with prejudice and requests that the Court enter an order substantially in form attached hereto.

Tracy Pearson (Delaware Bar No. 5652)
Dunlap Bennett & Ludwig PLLC
1509 Gilpin Ave Ste 2
Wilmington, DE 19806
(302) 468-7340
(703) 777-3656 (facsimile)
tpearson@dbllawyers.com

Dated: July 14, 2020

Respectfully submitted,

/s/ Tracy Pearson
Tracy Pearson (Delaware Bar No. 5652)
Dunlap Bennett & Ludwig PLLC
1509 Gilpin Ave Ste 2
Wilmington, DE 19806
(302) 468-7340
(703) 777-3656 (facsimile)
tpearson@dbllawyers.com

David Ludwig (admitted *Pro Hac Vice*)
W. Calvin Smith (admitted *Pro Hac Vice*)
Dunlap Bennett & Ludwig PLLC
211 Church St. SE
Leesburg, VA 20175
(703) 777-7319
(703) 777-3656 (facsimile)
dludwig@dbllawyers.com
csmith@dbllawyers.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Tracy Pearson, certify that I am not less than 18 years of age, and that service of this *Motion to Dismiss Counts 8, 9, and 10 of the Complaint With Prejudice* was made on July 14, 2020, upon: counsel for Plaintiff via electronic mail. Under penalty of perjury, I declare that the foregoing is true and correct.

BY: /s/ Tracy Pearson, July 14, 2020